1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11 MARIE E. HARRIS,                    )  NO. EDCV 09-1689 SS
                                       )
12                 Plaintiff,          )
                                       )     **JUDGMENT**
13           v.                        )
                                       )
14 MICHAEL J. ASTRUE,                  )
   Commissioner of the Social         )
15 Security Administration,           )
                                       )
16                 Defendant.          )
17 _____)
18
19     IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED
20 and that the above-captioned action is dismissed with prejudice.
21
22 DATED: April 21, 2010
23                              _____/S/_____
                                SUZANNE H. SEGAL
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28